UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VAS EDELEN,

        Plaintiff,

-against-

API FORTRESS, INCORPORATED, et al.

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/2020

19-CV-8893 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

It appearing to the Court that plaintiff has taken no action in this case since September 27, 2019, when he filed a corrected Civil Cover Sheet (Dkt. No. 4), it is hereby ORDERED that, no later than **January 10, 2020**, plaintiff shall file a status letter updating the Court on the present status of the case, along with affidavits of service certifying that the Complaint (Dkt. No. 1) was served on all defendants.

Failure to comply with this order may result in the case being dismissed by the Court for failure to prosecute pursuant to Rule 41(b).

Dated: New York, New York
      January 3, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**