```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VAS EDELEN,

        Plaintiff,

-against-

API FORTRESS, INCORPORATED, et al.,

        Defendants.

19-CV-8893 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The parties having informed the Court at the October 20, 2020 status conference that they have reached an agreement in principle to resolve this matter, all pending discovery deadlines are hereby ADJOURNED *sine die*. If the parties fail to file a stipulation of dismissal on or before **November 19, 2020**, deadlines will be reset and enforced.

Dated: New York, New York
       October 20, 2020

                                   **SO ORDERED**.

                                   **BARBARA MOSES**
                                   United States Magistrate Judge