

**NEIL H. GREENBERG & ASSOCIATES, P.C.**
COUNSELORS AT LAW

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2020

NEIL H. GREENBERG, ESQ.
JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.

PARALEGALS
ROSA COSCIA
FRANCIS PEÑA
CATALINA ROMAN

November 19, 2020

VIA: ECF filing

Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

RE: Edelen v. API Fortress, Incorporated et al.
19 CV 8893 (JPC)(BCM)

Dear Judge Moses:

Kindly accept this correspondence as the parties' joint request for an extension of time until December 31, 2020 to file a stipulation of dismissal.

The parties have a final written settlement agreement in place. The parties need to execute it and the seven-day revocation period needs to thereafter expire. The parties agreed to file a stipulation of dismissal after the settlement payment is made. Thus, the parties respectfully request an extension of time until December 31, 2020 to file a stipulation of dismissal.

Thank you for your time and attention to this matter.

Yours truly,

Justin M. Reilly

cc: Michelle Arbitrio, Esq. via ECF filing
    Matthew R. Ross, Esq. via ECF filing

Application GRANTED. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
November 20, 2020

PHONE: 516.228.5100   FAX: 516.228.5106   INFO@NHGLAW.COM
WWW.NHGLAW.COM   WWW.NEWYORKOVERTIMELAW.COM